**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Olenchick
9903 Country Scene Lane
Mentor, Ohio 44060

|||||||||||||||||||||||||||||||||||||||
9590 9402 4203 8121 4814 95

2. Article Number (Transfer from service label)

7018 0040 0000 7903 2991

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

                                  5/31/19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          19-1098          Domestic Return Receipt



USPS TRACKING #

9590 9402 4203 8121 4814 95

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

Northern District of Ohio
Eastern Division
801 W Superior Avenue
Cleveland, OH 44113

Summons CPW Robert Vahuc 5.22.19