Northern District of Ohio
Eastern Division
801 W Superior Avenue
Cleveland, OH 44113



7018 0040 0000 7903 3004



1:19cv1098

Lake Erie Export Company, Inc.
21151 Euclid Avenue
Cleveland, Ohio 44117

-R-T-S-  44117-RFS-1N          06/01/19
         RETURN TO SENDER
            UNCLAIMED
         UNABLE TO FORWARD
         RETURN TO SENDER

R
F
S

