UNITED STATES DISTRICT COURT FOR THE

NOTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT VAHCIC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAKE ERIE EXPORT COMPANY, INC.<br>and KEVIN OLENCHICK,<br><br>　　　　Defendants. | Case No.  1:19-cv-1098<br><br>Judge Solomon Oliver, Jr. |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Lake Erie Export Company, Inc. and Kevin Olenchick ("Defendants") hereby file this unopposed motion seeking to extend and set the deadline by which they must answer, move, or otherwise respond to the Complaint to August 12, 2019. Mr. Olenchick was served on May 31, 2019, however, his company and the co-defendant in this case, Lake Erie Export Company, Inc. was not served. Lake Erie Export Company, Inc. waived service of the Summons on June 13, 2019 and is therefore due to respond on August 12, 2019. In the interest of aligning the Defendants' response time, they respectfully request this Court set the response deadline for both Defendants to August 12, 2019. Counsel for Plaintiff has confirmed that he does not oppose this Motion. This enlargement of time is not sought for purposes of harassment or delay.

Respectfully submitted,

*/s/ William J. Kishman*
William J. Kishman (0096204)
SQUIRE PATTON BOGGS (US) LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: (216) 479-8443
Email: william.kishman@squirepb.com

*Attorney for Defendants, Lake Erie Export Company, Inc. and Kevin Olenchick.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2019, I electronically filed a copy of the foregoing, which will cause it to be served upon the following:

Chris P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:    (216) 291-5744
Email: chris.wido@spitzlawfirm.com

*/s/ William J. Kishman*
William J. Kishman (96204)
SQUIRE PATTON BOGGS (US) LLP

*Attorney for Defendants, Lake Erie Export Company, Inc. and Kevin Olenchick*