## UNITED STATES DISTRICT COURT FOR THE

## NOTHERN DISTRICT OF OHIO

| | |
|---|---|
| ROBERT VAHCIC, | |
|     Plaintiff, | Case No. 1:19-cv-1098 |
| vs. | Judge Solomon Oliver, Jr. |
| LAKE ERIE EXPORT COMPANY, INC. and KEVIN OLENCHICK, | |
|     Defendants. | |

### DEFENDANT LAKE ERIE EXPORT COMPANY, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Lake Erie Export Company, Inc. ("Lake Erie Export"), pursuant to Federal Rule of Civil Procedure 7.1, hereby states as follows for its Disclosure Statement. Lake Erie Export is a for-profit corporation, incorporated in the State of Ohio. Lake Erie Export has no parent corporation, subsidiary corporation, or affiliate corporation for the purposes of Local Rule 3.13(b). There is no publicly held corporation owning 10% or more of Lake Erie Export's stock or which has a substantial financial interest in the outcome of the above case by reason of insurance, a franchise agreement, or an indemnity agreement.

Dated: June 25, 2019               Respectfully submitted,


                                   */s/ William J. Kishman*
                                   William J. Kishman (Ohio Bar No. 96204)
                                   Squire Patton Boggs (US) LLP
                                   4900 Key Tower, 127 Public Square
                                   Cleveland, Ohio 44114
                                   (216) 479-8443
                                   william.kishman@squirepb.com

                                   ATTORNEY FOR DEFENDANTS


## **CERTIFICATE OF SERVICE**

I certify that on June 25, 2019, I electronically filed the foregoing through the Court's ECF system, and thereby served the foregoing upon Chris Wido, Esq., Plaintiff's counsel of record.

Chris P. Wido (0090441)
THE SPITZ LAW FIRM, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Email: chris.wido@spitzlawfirm.com



                                   *By: /s/ William J. Kishman*
                                   *Attorney for Defendants, Lake Erie Export*
                                   *Company, Inc. and Kevin Olenchick.*